UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER
FUND and THE TRUSTEES OF THE UNITED
TEAMSTER PENSION FUND "A"

                Plaintiffs,

- against -

VEN-CO PRODUCE, INC., ANGELA VENUTI
and ROBERT J. VENUTI,

                Defendants.
-------------------------------------------------------------X

08 CIV 5419 (GBD)

Civil Action

STIPULATION
TO EXTEND TIME
TO ANSWER OR MOVE

It is hereby stipulated and agreed by and between the undersigned, attorneys for Plaintiffs and attorneys for Defendants, that the time within which said Defendants may answer or move with respect to the Complaint in the above action is hereby extended from July 9, 2008 to August 22, 2008.

For purposes of this stipulation, facsimile signatures shall be deemed original signatures.

Dated: New York, New York
       July 18, 2008

Perry L. Cohen, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400

*Attorneys for Defendant*

Milo Silberstein, Esq.
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 1007
(212) 385-0066

*Attorney for Plaintiff*

239353